| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| TIMOTHY ALLEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:13-CV-265 |
| | § | |
| CARRIER CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In accordance with the parties' Stipulation of Dismissal (#29), filed April 21, 2014, Plaintiff Timothy Allen's claims against Defendant Carrier Corporation are dismissed with prejudice. It is further ordered that all costs of court be assessed against the party incurring the same.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 20th day of May, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE